In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00419-CV
_____


IN RE ALEX MELVIN WADE JR.

Original Proceeding
284th District Court of Montgomery County, Texas
Trial Cause No. 17-05-06174

MEMORANDUM OPINION

Proceeding *pro se*, Relator, Alex Melvin Wade Jr., filed a mandamus petition to compel the trial court to rule on his motion for appointment of counsel in a civil suit and to stay all proceedings pending final resolution of Wade's motions. On November 14, 2018, we notified Wade that because it appears he is a vexatious litigant subject to prefiling orders, the mandamus proceeding would be dismissed unless within ten days he obtained an order from the local administrative judge permitting the filing of the original proceeding. *See* Tex. Civ. Prac. & Rem. Code

1

Ann. §§ 11.101–.104 (West 2017). To date, we have not received a copy of an order signed by the local administrative judge. *See id.* § 11.102. Accordingly, we dismiss the original proceeding for a mandamus petition. *See id.* § 11.1035(b).

PETITION DISMISSED.

PER CURIAM

Submitted on December 12, 2018
Opinion Delivered December 13, 2018

Before McKeithen, C.J., Kreger, and Johnson, JJ.